**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 1/3/2008 CASE NUMBER: 08-15010M-SD-001

USA vs. Ricardo Ramos-Aldaz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Marcia Resler
LANGUAGE Spanish

Attorney for Defendant Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA____ ☐ Initial Appearance ☐ Appointment of counsel hearing held

☐ Financial Afdvt taken ☐ Defendant Sworn ☐ Financial Afdvt sealed
☐ Rule 5(c)(3) ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released ______
☐ Defendant continued detained pending trial
☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea
☐ Held ☐ Con't ☐ Reset

Set for:
Before:

Other: Government moves for a dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

Recorded by Courtsmart (2 min)
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 1/2/2008 CASE NUMBER: 08-15010-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Ricardo Ramos-Aldaz

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK
U.S. Attorney ______________ INTERPRETER REQ'D Marcia Resler
LANGUAGE: Spanish
Attorney for Defendant Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 12/28/07 ☒ Complaint Filed ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $__________
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☐ Held ☒ Cont'd ☐ Reset
Set for: **1/3/08 at 1:00 pm** before: **Magistrate Judge Irwin**

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed ______________ ☐ Complaint filed ______________
☐ Defendant sworn and examined by the Court ☐ Plea of Guilty ☐ Not Guilty ☐ Entered to Counts__________
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_______ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ______________
☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before ______________
☐ To be dismissed upon entry of the judgment, Ct(s)
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☐ remanded to USM

SENTENCING:
☐ Defendant committed to Bureau of Prisons for a period of___ ☐ Probation/Supervised Release for ______________
☐ Special Assessment $_______ ☐ Fine $_______ ☐ Restitution $________

Other: ______________

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

12/28

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Ricardo RAMOS-Aldaz
Citizen of Mexico
YOB: 1986
A96 193 073
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15010M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about December 28, 2007, Defendant Ricardo RAMOS-Aldaz, an alien, did willfully represent to Richard L. Andrews, an Immigration Officer, a person having good reason to inquire into the citizenship status of the Defendant, that he was a citizen of the United States, whereas in truth and in fact, as the Defendant then and there well knew, the Defendant was not a citizen of the United States in violation of Title 18, United States Code, Section 911(Felony).

COUNT II

That on or about June 26, 2007, Defendant Ricardo RAMOS-Aldaz was arrested and removed from the United States to Mexico through the port of Calexico, California, in pursuance of law, and thereafter on or about December 28, 2007, Defendant was found in the United States near Blythe, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT III

That on or about December 27, 2007, within the Southern District of California, Defendant Ricardo RAMOS-Aldaz, an alien, did enter the United States at a Designated Port of Entry by willfully false and misleading representations and the willful concealment of material facts, a misdemeanor, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Page 2 of Complaint filed 1/2/08

Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

January 2, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Ricardo RAMOS-Aldaz

Dependents: 1 Mexican

**IMMIGRATION HISTORY:** The Defendant was last removed through Calexico, California on June 26, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/02/02 | Calexico, CA USBP | Alien Smuggling | Unknown |
| 05/27/05 | Calexico, CA POE | False Claim to Citizenship | Removed |
| 04/09/06 | Calexico, CA POE | False Claim to Citizenship | Removed |
| 01/07/07 | Calexico, CA USBP | Re-Entry After Deportation | Unknown |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Blythe Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. At the time of questioning, the Defendant claimed to be a citizen of the United States. After further investigation, it was determined that the Defendant is an undocumented national of Mexico, illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection by misrepresenting or concealing material facts through Calexico, California on December 27, 2007.

Charges: 18 USC 911
8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

[signature]
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 2, 2008
Date

[signature]
Signature of Judicial Officer

*I, Senior Patrol Agent Mario Guerrero, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Ricardo RAMOS-Aldaz

**IMMIGRATION HISTORY:** The Defendant was last removed through Calexico, California on June 26, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 12/02/02 | Calexico, CA USBP | Alien Smuggling | Unknown |
| 05/27/05 | Calexico, CA POE | False Claim to Citizenship | Removed |
| 04/09/06 | Calexico, CA POE | False Claim to Citizenship | Removed |
| 01/07/07 | Calexico, CA USBP | Re-Entry After Deportation | Unknown |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Blythe Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. At the time of questioning, the Defendant claimed to be a citizen of the United States. After further investigation, it was determined that the Defendant is an undocumented national of Mexico, illegally in the United States.

The Defendant was transported to the Blythe station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection by misrepresenting or concealing material facts through Calexico, California on December 27, 2007.

*Executed on: Date* *December 29, 2007* *Time:* *9:22 AM*

Signed: Mario Guerrero Senior Patrol Agent

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on December 27, 2007 in violation of Title 8, United States Code, Section(s) 8 USC 911, 1326 and 1325.*

*Finding made on: Date* DECEMBER 29, 2007 *Time* 10:40AM

*Signed:*__________ *United States Magistrate Judge*